BENJAMIN B. WAGNER
United States Attorney
DAVID A. PETERSEN
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-00212-KJN |
| Plaintiff, | ORDER CONTINUING ARRAIGNMENT |
| v. | |
| ADAM JOHN LEA, | Date: June 27, 2012 |
| | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Kendall J. Newman |

It is hereby ordered that the arraignment currently scheduled for June 27, 2012, at 9:00 a.m., be continued to July 11, 2012, at 9:00 a.m.

IT IS SO ORDERED.

Dated: June 25, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE