DANIEL J. BRODERICK, #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
DAMON WILLIAMS
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADAM LEA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S 12-212 KJN |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | TO SET JUDGEMENT AND SENTENCING |
| | ) | HEARING |
| ADAM LEA, | ) | |
| | ) | |
| Defendant. | ) | Date:   November 14, 2012 |
| | ) | Time:   10:00 a.m. |
| _____ | ) | Judge: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Nicholas Fogg, Assistant United States Attorney, and Linda C. Harter, Chief Assistant Federal Defender, attorney for ADAM LEA, that the Court set this case for judgement and sentencing on November 14, 2012 at 10:00 a.m.

The parties agree that the interest of justice is best served by affording defense counsel time to investigate and prepare for sentencing.

1

2  Dated: October 17, 2012

                                    Respectfully submitted,
3
                                    DANIEL J. BRODERICK
4                                   Federal Defender

5                                   /s/ Linda C. Harter
                                    LINDA C. HARTER
6                                   Chief Assistant Federal Defender
                                    Attorney for Defendant
7                                   ADAM LEA

8
   Dated: October 17, 2012          BENJAMIN B. WAGNER
9                                   United States Attorney

10

11                                  /s/ Nicholas Fogg
                                    NICHOLAS FOGG
12                                  Assistant United States Attorney

13                              **ORDER**

14
   IT IS SO ORDERED.
15

16
   Dated: October 17, 2012
17

18

19

20                              _____
                                KENDALL J. NEWMAN
21                              UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

   Stipulation and Order          -2-